UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:06CV-168-R

**MARK THOMPSON**                                                                                         **PLAINTIFF**

V.

**QUORUM HEALTH RESOURCES, LLC**                                                       **DEFENDANT**

# JUDGMENT

The jury returned the following verdict:

| | |
|---|---|
| Pain and Suffering Thompson has endured or is reasonably certain to endure | $ 30,000 |
| Back Pay | $400,644 |
| Front Pay | $ 70,000 |

31 USC 3730(h) provides that Plaintiff receives "2 times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorneys' fees." The Court shall double the back pay. The Court granted Plaintiff 20 days to file any claim for interest on back pay, litigation costs and reasonable attorney fees.

**IT IS ORDERED** that Plaintiff, Mark Thompson, receive from Defendant, Quorum Health Resources, LLC, the following damages:

| | |
|---|---|
| Back Pay (times 2) | $801,288 |
| Pain and Suffering past and future | $ 30,000 |
| Front Pay | $ 70,000 |
| TOTAL | $901,288 |

The issue of interest on back pay, litigation costs and reasonable attorney fees shall be briefed by Plaintiff within 20 days. The Plaintiff shall notify the Court in writing with notice to opposing counsel when that motion is ripe.

22/45