**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN**

| | |
|---|---|
| **MARK THOMPSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v.       )       **NO.: 1:06CV-00168-R**<br>)<br>**QUORUM HEALTH RESOURCES, LLC,** )<br>)<br>)<br>**Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Quorum Health Resources, LLC hereby appeals to the United States Court of Appeals for the Sixth Circuit the following Judgment and Orders:

1. The Judgment entered February 11, 2010 (Docket No. 142), entering judgment in favor of Plaintiff Mark Thompson in the amount of $901,288.00;

2. The Order entered May 11, 2010 (Docket No. 163), denying Defendants' Motion for Judgment as a Matter of Law, or, in the Alternative, for a New Trial;

3. The Memorandum Opinion and Order entered May 21, 2010 (Docket No. 164), awarding Defendant attorney's fees, costs, pre-judgment interest and post-judgment interest; and

4. The Order entered May 27, 2010 (Docket No. 167), awarding Defendant $398,378.63 in attorney's fees, $18,373.92 in costs, $9,567.00 in pre-judgment interest and post-judgment interest from the date of Judgment, February 11, 2010, until the Judgment is satisfied.

Respectfully submitted,

s/ John R. Jacobson
Steven A. Riley
John R. Jacobson
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 320-3700
Facsimile:  (615) 320-3737
sriley@rwjplc.com
jjacobson@rwjplc.com

Charles E. English, Jr.
English, Lucas, Priest & Owsley, LLP
1101 College Street
PO Box 770
Bowling Green KY  42102-0770
Phone: (270) 781-6500
Fax: (270) 782-7782
Buzz@elpolaw.com

*Attorneys for Defendant*
*Quorum Health Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic mailing system upon counsel for Plaintiff listed below, on this 9th day of June, 2010:

John L. Caudill
Caudill Law Office
422 East Main Avenue, Suite E
Bowling Green, Kentucky 42101

s/ John R. Jacobson